UNITED STATES DISCTRICT COURT
WESTERN DISTRICT OF NEW YORK

SCIENTIFIC COMPUTING ASSOCIATES, INC., and
REVOLUTION COMPUTING, INC.

                                            Plaintiffs,

- vs -                                                           07-CV-6351T(P)
                                                                                 **Electronically Filed**

GREGORY R. WARNES, RANDOM TECHNOLOGIES, LLC
and THE UNIVERSITY OF ROCHESTER MEDICAL CENTER,

                                            Defendants.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I have caused to be served a copy of the foregoing Defendant, University of Rochester Medical Center's Answers to Plaintiff's First Set of Interrogatories and Response to Requests For Production upon attorneys for plaintiff, Donald A. W. Smith, P.C., Donald A. W. Smith, Esq., 125 Sully's Trail, Suite 7, Pittsford, NY 14534 and Wiggin And Dana LLP, Bethany L. Appleby, Esq., P.O. Box 1832, New Haven, CT 06508-1832 via this Court's electronic filing system on October 8, 2009, and Mr. Gregory Warnes, *Pro Se*, 20 Wandering Trail, Pittsford, NY 14534 via U.S. mail, postage prepaid, on October 8, 2009.

                                                                        /s/ Daniel P. Purcell
                                                                        Daniel P. Purcell