

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCIENTIFIC COMPUTING ASSOCIATES, INC, and REVOLUTION COMPUTING, INC., | |
| Plaintiffs, | MOTION TO DISMISS |
| -vs- | NON-EXISTENT PARTY |
| GREGORY R. WARNES, RANDOM TECHNOLOGIES, LLC, and THE UNIVERSITY OF ROCHESTER MEDICAL CENTER, | 07-CV-6351T(P) |
| Defendants. | |

Appearing solely to request dismissal of non-existent party "Random Technologies, LLC.", I submit to the court that "Random Technologies, LLC." does not exist as a legal entity (see the attached affidavit) and cannot, therefore, be a named party to this lawsuit. Therefore, in lieu of an Answer to Plaintiff's Amended Complaint on behalf of Random Technologies, LLC., defendant Gregory R. Warnes, respectfully moves the Court for an order dismissing non-existent party "Random Technologies, LLC."

To the extent that the Court believes that the company "Random Technologies, LLC." does exist, I request the opportunity to file an appropriate Answer on its behalf at a later time.

Dated: October 19, 2009

By: _____
Gregory R. Warnes, Ph.D. *Pro Se*
20 Wandering Trl.
Pittsford NY, 14534
Tel: (585) 419-6853
Fax: (585) 672-5085
Email: greg@warnes.net

# AFFIDAVIT

STATE OF NEW YORK   )
                    ) SS:
COUNTY OF MONROE    )

Gregory R. Warnes, being duly sworn says:

It has come to my attention that the process of organizing and registering "Random Technologies, LLC." with the Department of Commerce of the State of New York, initiated in February 2007, was never completed. I have contacted the Department of Commerce and have confirmed that "Random Technologies, LLC." is not now, and never has been, a registered company in the State of New York. Consequently, "Random Technologies, LLC." does not exist as a legal entity.

_____
Gregory R. Warnes, Ph.D.

Sworn to before me this 19 day of October, 2009

_____
Notary Public

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SCIENTIFIC COMPUTING ASSOCIATES, INC, and
REVOLUTION COMPUTING, INC.,

                                  Plaintiffs,

-vs-

GREGORY R. WARNES, RANDOM
TECHNOLOGIES, LLC, and THE UNIVERSITY OF
ROCHESTER MEDICAL CENTER,

                                  Defendants.     **CERTIFICATE OF SERVICE**

                                                                     07-CV-6351T(P)

GREGORY R. WARNES,

                              Counterclaim Plaintiff,

-vs-

SCIENTIFIC COMPUTING ASSOCIATES, INC.,
REVOLUTION COMPUTING, INC., and MARTIN
SCHULTZ, RICHARD SCHULTZ, BEVERLY
THALBURG SHULTZ, KIRK METTLER, and STEVE
WESTON

                            Counterclaim Defendants

---

I HEREBY CERTIFY that I have caused to be served a copy of the foregoing 1) Answer, Affirmative Defenses, and Counterclaims, 2) ~~Corporate Disclosure Statement~~ *Motion to Dismiss Non-Existent Party*, and 3) Initial Disclosures of defendants/counterclaim plaintiffs GREGORY R. WARNES via U.S. Postal Service certified mail, prepaid, upon the following parties on October 19, 2009:

1. Attorneys for plaintiffs/counterclaim defendants SCIENTIFIC COMPUTING ASSOCIATES, INC. and REVOLUTION COMPUTING, INC.:

   Donald A. W. Smith, P.C.,
   Donald A. W. Smith, Esq.
   125 Sully's Trail, Suite 7
   Pittsford, NY 14534

   and

   Wiggin and Dana LLP.
   Bethany L. Appleby, Esq.
   P.O. Box 1832
   New Haven, CT 06508-1832

2. Counterclaim Defendant RICHARD SCHULTZ:

   Richard Shultz
   Chief Executive Officer
   REvolution Computing, Inc.
   One Century Tower
   265 Church Street
   New Haven, CT 06350

3. Counterclaim Defendant MARTIN SCHULTZ:

   Martin Schultz
   Chief Science Officer
   REvolution Computing, Inc.
   One Century Tower
   265 Church Street
   New Haven, CT 06350

4. Counterclaim Defendant BEVERLY THALBURG SCHULTZ:

   Beverly Thalburg Schultz
   PO Box 3529
   Woodbridge, CT 06525-0102

5. Counterclaim Defendant KIRK METTLER:

   Kirk Mettler
   Chief Financial Officer
   REvolution Computing, Inc.
   One Century Tower
   265 Church Street
   New Haven, CT 06350

6. Counterclaim Defendant STEVE WESTON:

   Steve Weston
   Director of Engineering
   REvolution Computing, Inc.
   One Century Tower
   265 Church Street
   New Haven, CT 06350

7. Attorneys for defendant THE UNIVERSITY OF ROCHESTER MEDICAL CENTER:

   Ward Norris Heller & Reidy LLP
   Daniel P. Purcell, Esq.
   University of Rochester Medical Center
   300 State Street
   Rochester, New York 14614

Dated: October 19, 2009

By: _____
Gregory R. Warnes, Ph.D. *Pro Se*
20 Wandering Trl.
Pittsford NY, 14534
Tel: (585) 419-6853
Fax: (585) 672-5085
Email: greg@warnes.net