UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCIENTIFIC COMPUTING ASSOCIATES, INC. AND REVOLUTION COMPUTING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY R. WARNES, RANDOM TECHNOLOGIES, LLC and THE UNIVERSITY OF ROCHESTER MEDICAL CENTER<br><br>Defendants. | Civil Action No.<br>07-CV-6351 |

**PLAINTIFFS/COUNTERCLAIM DEFENDANTS
SCIENTIFIC COMPUTING ASSOCIATES, INC. AND
<u>REVOLUTION COMPUTING, INC.'S MOTION FOR EXTENSION OF TIME</u>**

Pursuant to Fed. R. Civ. P. 6(b), Scientific Computing Associates, Inc. and REvolution Computing, Inc., ("Plaintiffs") respectfully move that the Court grant a 30-day extension of time up to and including December 9, 2009, to answer or otherwise respond to counterclaims asserted by Defendant Gregory R. Warnes ("Warnes"). Plaintiffs require the additional time to investigate the factual and legal bases, if any, for Warnes' numerous counterclaims. Counsel for Plaintiffs attempted to contact Warnes regarding this motion but have not received a response as of the time of filing.

                                      PLAINTIFFS SCIENTIFIC COMPUTING ASSOCIATES, INC. AND REVOLUTION COMPUTING, INC.

Dated: November 5, 2009      By:        /s/

                                      Donald A.W. Smith, Esq.
125 Sully's Trail, Suite 7
Pittsford, New York 14534
Tel: 585-381-3866
Fax: 585-381-6907
don@donsmithlaw.com

                                      and

Bethany L. Appleby, Esq.
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: 203-498-4496
Fax: 203-782-2889
bappleby@wiggin.com

*Attorneys for Plaintiffs*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF MONROE ) ss:

Deena Weinstein, residing in Mendon, New York, being duly sworn, deposes and says:

On November 5, 2009 deponent served the within Plaintiffs'/Counterclaim Defendants Scientific Computing Associates, Inc. and REvolution Computing, Inc.'s Motion for Extension of Time by depositing it in a securely sealed, postage prepaid envelope addressed to:

> Mr. Gregory Warnes
> 20 Wandering Trail
> Pittsford, NY 14534

and placing the same in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Deena Weinstein

Sworn to before me this
5ᵗʰ day of November, 2009.

_____
Notary Public   THOMAS WRIGHT
REGISTRATION: 01WR6086611
MONROE COUNTY
My COMMISSION EXPIRES 01/27/2011