*celebrating 75 years*

**WIGGIN AND DANA**

*founded 1934*

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Bethany L. Appleby
203.498.4365
203.782.2889 fax
bappleby@wiggin.com



**VIA FACSIMILE**

November 6, 2009

The Honorable Marian W. Payson
U.S. Magistrate Judge
2310 U.S. Courthouse
100 State Street
Rochester, NY 14614

Re:     Scientific Computing Associates, Inc. v. Warnes, et al.: Docket No.: 07-CV-6351

Dear Judge Payson:

Plaintiff REvolution Computing, Inc. has very recently undergone a change in ownership and
management.[1]  Due to these changes, the company has a renewed interest in exploring whether resolution
by settlement would be possible.  To that end, I would like to respectfully request the Magistrate's assistance
in reviving settlement discussions, perhaps by scheduling a telephonic status conference to discuss the most
effective (and cost-effective) manner to move forward to resolve the litigation.

Thank you very much for your continued assistance.

Very truly yours,

Bethany L. Appleby

cc:     Donald Smith, Esq. (via email)
        Daniel P. Purcell, Esq. (via email)
        Gregory R. Warnes, Ph.D. (via email) &
        Random Technologies, LLC (c/o Gregory R. Warnes, Ph.D.) (via email)

*(handwritten)*
Plaintiff is hereby directed
to provide a settlement demand
on defendants, with a copy to
this Court, by no later than
11/16/09. Defendants are directed
to respond to the demand by no
later than 11/23/09, with a
copy to this Court. Following that
exchange, the Court will determine
whether to conduct a settlement
mediation, after judging the
parties' interest in such a
mediation.

SO ORDERED
Marian W Payson
US Magistrate Judge
11/9/09

[1] We have confirmed that the changes do not affect the accuracy of the company's corporate disclosure
statement.