UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **SCIENTIFIC COMPUTING ASSOCIATES, INC. AND REVOLUTION COMPUTING, INC.** | : : : : | |
| Plaintiffs, | : : | Civil Action No. 07-CV-6351 |
| v. | : : | |
| **GREGORY R. WARNES, RANDOM TECHNOLOGIES, LLC and THE UNIVERSITY OF ROCHESTER MEDICAL CENTER,** | : : : : : : | |
| Defendants. | : : | |

## ORDER GRANTING EXTENSION OF TIME

Plaintiffs Scientific Computing Associates, Inc. and REevolution Computing, Inc. ("Plaintiffs") having moved pursuant to Fed. R. Civ. P. 6(b) for an extension of time through December 9, 2009, to answer or otherwise respond to counterclaims asserted by defendant Warnes;

And it appearing that on November 4, 2009, counsel for Plaintiffs requested an extension of time to answer or move from defendant Warnes but that said defendant has neither responded to nor opposed the request;

And it further appearing that, at Plaintiffs' request, the Magistrate Judge has agreed to determine if a settlement mediation is feasible, in connection with which on November 9, 2009, the Magistrate Judge issued an Order directing Plaintiffs to submit a settlement demand by

November 16, 2009, and directing defendants to submit their responses by November 23, 2009, following which the Magistrate Judge will determine whether to conduct a settlement mediation;

Now, after due deliberation, it is

**ORDERED** that Plaintiffs' motion be and it hereby is granted in all respects; and it is further

**ORDERED** that Plaintiffs shall file and serve their answer or otherwise respond to the counterclaims of defendant Warnes by or before December 9, 2009.

          S/ MICHAEL A. TELESCA
          MICHAEL A. TELESCA
          United States District Judge

Dated:  Rochester, New York
       November 10, 2009.