UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SCIENTIFIC COMPUTING ASSOCIATES, INC. AND REVOLUTION COMPUTING, INC.**<br><br>                **Plaintiffs,**<br><br>                **v.**<br><br>**GREGORY R. WARNES, RANDOM TECHNOLOGIES, LLC and THE UNIVERSITY OF ROCHESTER MEDICAL CENTER,**<br><br>                **Defendants.** | **Civil Action No. 07-CV-6351** |

**ORDER GRANTING EXTENSION OF TIME
AND ADJOURNING MOTION**

Plaintiffs Scientific Computing Associates, Inc. and REevolution Computing, Inc. ("Plaintiffs") having moved pursuant to Fed. R. Civ. P. 6(b) for an extension of time through and including December 16, 2009, to oppose the motion to dismiss that was filed by Defendant Random Technologies, LLC on October 19, 2009 [Docket Entry No. 51];

And the Plaintiffs having obtained the Defendants' consent to this motion;

Now, after due deliberation, it is

**ORDERED** that Plaintiffs' motion for an extension of time be and it hereby is granted in all respects; and it is further

**ORDERED** that, by or before December 16, 2009, Plaintiffs shall file and serve their papers in opposition to the motion to dismiss filed by Defendant Random Technologies, LLC; and it is further

**ORDERED** that the motion to dismiss filed by Defendant Random Technologies, LLC shall be returnable on December 23, 2009, and submitted on that date without oral argument.

    S/ MICHAEL A. TELESCA
    MICHAEL A. TELESCA
    United States District Judge

Dated:  Rochester, New York
        November 17, 2009.