# WARD NORRIS HELLER & REIDY LLP
### ATTORNEYS AT LAW

300 STATE STREET
ROCHESTER, NEW YORK 14614
585.454.0700
Fax: 585.423.5910



Daniel P. Purcell
(585) 454-0740
Email: dpp@wnhr.com

November 23, 2009

**Via Facsimile**

Hon. Marian W. Payson
United States Magistrate Judge
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

      Re: *Scientific Computing Associates v. Gregory R. Warnes, et al.*
            Civ. No.: 07-CV-6351T(F)

Dear Judge Payson:

    I represent the University of Rochester Medical Center in the above-referenced matter. I am in receipt of plaintiff's settlement demand letter in the above-referenced case. I am aware of the Court's deadline to respond to this demand by today and I am writing to request a one-week extension of that deadline so that I may confer further with my client in order to determine whether any responsive offer can be made.

    Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  Daniel P. Purcell

DPP/eaf
cc: Bethany Appleby, Esq. (via facsimile)
    Donald A. W. Smith, Esq. (via facsimile)
    Gregory A. Warnes (via e-mail)

*Request granted.*
*SO ORDERED.*
*Marian W Payson*
*US Magistrate Judge*
*11/23/09*