UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCIENTIFIC COMPUTING ASSOCIATES, INC. AND REVOLUTION COMPUTING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY R. WARNES, RANDOM TECHNOLOGIES, LLC and THE UNIVERSITY OF ROCHESTER MEDICAL CENTER<br><br>Defendants. | Civil Action No.<br>07-CV-6351 |

**PLAINTIFFS/COUNTERCLAIM DEFENDANTS
SCIENTIFIC COMPUTING ASSOCIATES, INC. AND
REVOLUTION COMPUTING, INC.'S MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Scientific Computing Associates, Inc. and REvolution Computing, Inc. ("Plaintiffs") respectfully move that the Court grant a 30-day extension of time up to and including January 4, 2010, to answer and/or object to the November 2, 2009 discovery requests served by defendant University of Rochester Medical Center ("URMC").

On November 9, 2009, the Magistrate Judge issued an Order directing Plaintiffs to submit a settlement demand by November 16, 2009, and directing defendants to submit their responses by November 23, 2009. URMC has requested additional time to respond, which has been granted, and the parties are currently exploring the possibility of settlement. URMC does not object to the granting of this motion.

                                            PLAINTIFFS SCIENTIFIC COMPUTING ASSOCIATES, INC. AND REVOLUTION COMPUTING, INC.

Dated: November 30, 2009        By:            /s/

                                            Donald A.W. Smith, Esq.
125 Sully's Trail, Suite 7
Pittsford, New York  14534
Tel:  585-381-3866
Fax: 585-381-6907
don@donsmithlaw.com

                                                     and

Bethany L. Appleby, Esq.
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: 203-498-4496
Fax: 203-782-2889
bappleby@wiggin.com

*Attorneys for Plaintiffs*