UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SCIENTIFIC COMPUTING ASSOCIATES, INC.,

        Plaintiff,

v.

GREGORY R. WARNES, et al.,

        Defendants.

ORDER

07-CV-6351T

---

        Plaintiffs having filed a motion on November 30, 2009, for an extension of time to answer and/or object to the November 2, 2009 discovery requests served by defendant University of Rochester Medical Center ("URMC") (Docket # 63), and defendant URMC having no objection to plaintiff's motion, it is hereby

        ORDERED, that plaintiffs' motion for an extension of time to answer and/or object to the November 2, 2009 discovery requests served by defendant URMC **(Docket # 63)** is **GRANTED**.  Plaintiffs shall answer and/or object to URMC's November 2, 2009 discovery requests by no later than **January 4, 2010**.

**IT IS SO ORDERED.**

                                    */s/ Marian W. Payson*
                                    MARIAN W. PAYSON
                                    United States Magistrate Judge

Dated: Rochester, New York
       December _3_, 2009