UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| SCIENTIFIC COMPUTING ASSOCIATES, INC.<br>AND REVOLUTION COMPUTING, INC.<br><br>                              Plaintiffs,<br><br>v.<br><br>GREGORY R. WARNES, RANDOM<br>TECHNOLOGIES, LLC and THE<br>UNIVERSITY OF ROCHESTER MEDICAL<br>CENTER<br><br>                              Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.<br>07-CV-6351 |

---

### PLAINTIFFS/COUNTERCLAIM DEFENDANTS SCIENTIFIC COMPUTING ASSOCIATES, INC. AND REVOLUTION COMPUTING, INC.'S MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Scientific Computing Associates, Inc. and REvolution Computing, Inc., ("Plaintiffs") respectfully move that the Court grant a 30-day extension of time up to and including January 8, 2010, to answer or otherwise respond to the counterclaims asserted by Defendant Gregory R. Warnes ("Warnes").

Plaintiffs seek additional time to better enable the parties to explore renewed settlement efforts. On November 9, 2009, the Magistrate Judge issued an order directing Plaintiffs to submit a settlement demand by November 16, 2009, and directing Defendants to submit their responses by November 23, 2009, after which the Court would gauge the parties' interest in conducting a settlement mediation. The parties have submitted their respective settlement positions, and the Court recently ordered counsel for Plaintiffs to submit a written report on the

status of the settlement negotiations by December 15, 2009.  Warnes consents to the granting of this motion.

PLAINTIFFS SCIENTIFIC COMPUTING ASSOCIATES, INC. AND REVOLUTION COMPUTING, INC.

Dated:  December 7, 2009          By: _____/s/_____

Donald A.W. Smith, Esq.
125 Sully's Trail, Suite 7
Pittsford, New York  14534
Tel:  585-381-3866
Fax: 585-381-6907
don@donsmithlaw.com

and

Bethany L. Appleby, Esq.
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: 203-498-4496
Fax: 203-782-2889
bappleby@wiggin.com

*Attorneys for Plaintiffs*