UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCIENTIFIC COMPUTING ASSOCIATES, INC. AND REVOLUTION COMPUTING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY R. WARNES, RANDOM TECHNOLOGIES, LLC and THE UNIVERSITY OF ROCHESTER MEDICAL CENTER<br><br>Defendants. | Civil Action No.<br>07-CV-6351 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2009, I caused to be served a copy of the foregoing Motion for Extension of Time upon Gregory R. Warnes, *pro se*, 20 Wandering Trail, Pittsford, NU 14534 via U.S. Mail, postage prepaid, and on Daniel P. Purcell, counsel for defendant University of Rochester Medical Center, via this Court's electronic filing system.

/s/
Donald A.W. Smith, Esq.

19132\2\2301901.1