UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SCIENTIFIC COMPUTING ASSOCIATES, INC.,

               Plaintiff,

    v.

GREGORY R. WARNES, et al.,

               Defendants.
_____

ORDER

07-CV-6351T

        Further to a status conference having been held with this Court on January 14, 2010, and the parties having requested a stay of the deadlines contained in this Court's July 7, 2009 Amended Scheduling Order (Docket # 21) to pursue settlement negotiations, and good cause having been shown, it is hereby

        ORDERED that:

        1.     Gregory R. Warnes, *pro se* defendant, is directed to send a written counter-offer to counsel for plaintiffs, with a copy to the Court, by no later than **January 22, 2010**.

        2.     Counsel for plaintiffs shall respond to Mr. Warnes's counter-offer in writing, with a copy to the Court, by no later than **February 5, 2010**.

        3.     All deadlines contained in the July 7, 2009 Amended Scheduling Order (Docket # 21) shall be stayed pending further Order of the Court.

      4.      The parties are directed to provide a written report to the Court regarding the status of settlement negotiations by no later than **February 19, 2010**.

**IT IS SO ORDERED.**

                                                  */s/ Marian W. Payson*
                                                  MARIAN W. PAYSON
                                                  United States Magistrate Judge

Dated: Rochester, New York
         January 14, 2010