**WIGGIN AND DANA**

*Counsellors at Law*

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Bethany L. Appleby
203.498.4365
203.782.2889 fax
bappleby@wiggin.com

**VIA FACSIMILE**

January 15, 2010



The Honorable Marian W. Payson
U.S. Magistrate Judge
2310 U.S. Courthouse
100 State Street
Rochester, NY 14614

Re:    Scientific Computing Associates, Inc. v. Warnes, et al.: Docket No.: 07-CV-6351

Dear Judge Payson:

I am following up on yesterday's status conference and on the two orders issued today. During the status conference, it was my understanding that the court would grant Dr. Warnes' request to stay all pending deadlines in the case while the parties continued to work toward settlement. However, one of the orders issued today (Doc. 78) requires Dr. Warnes to answer Plaintiffs' discovery requests by February 3, 2010, and Plaintiffs to answer or otherwise respond to Dr. Warnes' counterclaims by February 7, 2010. The Plaintiffs understand that the parties requested these particular extensions before the status conference, but, in light of the parties' agreement to continue settlement discussions, Plaintiffs understood that all pending deadlines would be stayed until further order of the Court. Plaintiffs therefore respectfully request that the stay encompass all pending deadlines, including Dr. Warnes' obligation to respond to Plaintiffs' discovery requests and Plaintiffs' deadline to answer or otherwise respond to the counterclaims.

Thank you very much for your consideration of this matter.

Very truly yours,

Bethany L. Appleby

cc:   Donald Smith, Esq. (via email)
      Daniel P. Purcell, Esq. (via email)
      Gregory R. Warnes, Ph.D. (via email) &
      Random Technologies, LLC (c/o Gregory R. Warnes, Ph.D.) (via email)

Request granted.
All discovery deadlines
shall be stayed pending
further order of the court.

SO ORDERED
Marian W. Payson
US Magistrate Judge
1/15/10

*New Haven   Stamford   New York   Hartford   Philadelphia*