UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



SCIENTIFIC COMPUTING ASSOCIATES,
INC. and REVOLUTION COMPUTING,
INC.,

        Plaintiffs,

    v.

GREGORY R. WARNES,

        Defendant.

MOTION SCHEDULING ORDER

07-CV-6351T

A motion for leave to serve additional interrogatories and requests for production (# 87) having been filed on May 14, 2010, by plaintiffs in the above-captioned case, it is hereby

ORDERED, that any responding papers submitted in connection with this motion must be filed and served on or before **June 9, 2010**; and it is further

ORDERED, that the time for service and the content of papers must be in accordance with Local Rules of Civil Procedure, Rules 7.1 and 5.2 **(papers not in compliance will not be considered)**; and it is further

ORDERED, that oral argument will be heard before the undersigned on **June 29, 2010**, at **2:00 p.m.** at 2310 United States Courthouse, 100 State Street, Rochester, New York; and it is further

        **ORDERED, THAT ONE COURTESY COPY OF EACH FILING BE PROVIDED TO THE COURT.**

        _____
        MARIAN W. PAYSON
        United States Magistrate Judge

Dated: Rochester, New York
       May 18, 2010