UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SCIENTIFIC COMPUTING ASSOCIATES,
INC., et al.,

                Plaintiffs,

      v.

GREGORY R. WARNES,

                Defendant.

ORDER

07-CV-6351T

---

        By order dated August 30, 2007, the above-captioned matter has been referred to the undersigned for the supervision of pretrial discovery and the hearing and disposition of all non-dispositive motions, pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B).  (Docket # 9).

        On May 14, 2010, plaintiffs filed a motion for leave to serve additional interrogatories to defendant Gregory Warnes.  (Docket # 87).  This Court then issued a motion scheduling order which granted defendant until June 9, 2010 to oppose the motion.  (Docket # 89).  This Court has received no response from defendant, thus his failure to oppose the pending motion may be fairly construed as a lack of opposition to the requested relief or as a waiver of his right to be heard.  *See*, *e.g.*, *TCPIP Holding Co. v. Haar Commc'ns Inc*., 2004 WL 1620950, *4 (S.D.N.Y. 2004) (defendant's failure to respond to motion was sufficient basis to grant motion by default); *Loew v. Kolb*, 2003 WL 22077454, *1 (S.D.N.Y. 2003) (same).  Accordingly, plaintiff's motion for leave to serve additional interrogatories on defendant Warnes **(Docket # 87)** is **GRANTED**, and those interrogatories shall be answered by no later than thirty days from the

date of service. In addition, the oral argument currently scheduled for **June 29, 2010 at 2:00 p.m.** is hereby **CANCELLED**.

**IT IS SO ORDERED.**

_s/Marian W. Payson_
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
       June   21  , 2010