UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    SCIENTIFIC COMPUTING ASSOCIATES,
    INC., et al

                              Plaintiff(s)

      -vs-                                                                07-Cv-6351T

    GREGORY R. WARNES

                              Defendant(s)
_____

        By letter dated June 28, 2010, defendant Gregory Warnes, proceeding pro se, requests permission to exceed the 25 page limit on memorandums of law.  Defendant's request is granted.

        Defendant also requests clarification on the issue of joinder.  The Court may not offer legal advise to parties with cases pending before the Court.

        ALL OF THE ABOVE IS SO ORDERED.

                                                          S/ MICHAEL A. TELESCA
                                                           Hon. Michael A. Telesca
                                                           United States District Judge

Dated: June 29, 2010