

April 18, 2011

Hon. Michael A. Telesca
U. S. District Court Judge
100 State Street, Room 2720
Rochester, New York 14614

Re:     Scientific Computing Associates, Inc., et al. v.
        Gregory R. Warnes
        Civil Action No. 07-CV-6351

Dear Judge Telesca:

We have reviewed your recent decisions in the above case and met with Mr.
Warnes . This is to advise the Court that we are considering representing Mr.
Warnes, but have not made a final decision until we have an opportunity to
review the papers and pleadings as well as to review in detail Mr. Warnes
allegations, claims and defenses.

Due to the press of other matters, we respectfully request the Court to grant
an additional 60 days for us to finalize an engagement and file an amended
counter-complaint.

It is our understanding that an Order to Show Cause is currently scheduled
with a return date of May 16, 2011. We hereby request that the Order to Show
Cause date be extended to on or about July 16, 2011.

Sincerely,

David L. Cook, Esq.
dcook@faraci.com

SO ORDERED

MICHAEL A. TELESCA
United States District Judge

DATE     April 19, 2011

www.faraci.com

Faraci Lange, LLP
28 East Main Street
Suite 1100
Rochester, NY 14614

Phone   (585) 325-5150
Toll-free  888  325-5150
Fax     (585) 325-3285

ATTORNEYS

Angelo G. Faraci
Paul K. Lange
Stephen G. Schwarz
Brian M. Zorn
Matthew F. Belanger
John A. Falk
David L. Cook
Joseph A. Regan
Carol A. McKenna
Kathryn K. Lee
Raul Emilio Martinez
Julie S. Jordan
Hadley L. Matarazzo
Nicholas J. Pontzer

John A. Bryant
(1943–1995)

NURSE CONSULTANTS

Elizabeth K. Zorn, RN
Ann M. Steinmetz, RN



SO ORDERED.

Hon. Michael A. Telesca

cc:    Joseph M. Gillis, Esq.
       Wiggin and Dana, LLP
       One City Place
       185 Asylum Street
       Hartford, Ct. 06103

       Donald A. W. Smith, Esq.
       125 Sully's Trail, Suite 7
       Pittsford, New York 14534